UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALICIA MAE MCCLENDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-01792-TWP-MJD |
| ) | |
| INDIANA UNIVERSITY SCHOOL OF ) | |
| MEDICINE, ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On August 15, 2018, the Court issued an Order Setting Pro Se Initial Pretrial Conference requiring the parties to appear in person for an initial pretrial conference in this matter on September 12, 2018. [Dkt. 12.] Plaintiff failed to appear as ordered for the initial pretrial conference.

On September 12, 2018, the Court issued an Order to Show Cause requiring Plaintiff to appear before this Court in person for a hearing on October 2, 2018 to show cause as to why she should not be sanctioned for her failure to appear for the September 12, 2018 initial pretrial conference. [Dkt. 16.] The Court cautioned Plaintiff that her failure to appear as ordered may result in the Court's recommendation of the dismissal of this action without prejudice. [*Id*.] Subsequently, Plaintiff filed a Motion for Assistance with Recruiting Counsel [Dkt. 17] and Motion for Rescheduling Pretrial Conference [Dkt. 18]. The Court set Plaintiff's Motions for an in-person hearing, to be held in conjunction with the October 2, 2018 Order to Show Cause Hearing, and the Court reminded Plaintiff that her failure to appear as ordered may result in the

Court's recommendation of the dismissal of this action without prejudice. [Dkt. 19.] Plaintiff again failed to appear as ordered on October 2, 2018.

To date, Plaintiff has repeatedly failed to comply with the Court's orders and has failed to show cause why this action should not be dismissed. Consequently, the Magistrate Judge recommends the Court **DISMISS** this action for Plaintiff's failure to prosecute.

Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), and failure to timely file objections within fourteen days after service shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

SO ORDERED.

Dated:  12 OCT 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

ALICIA MAE MCCLENDON
6139 Brockworth Dr.
Apt. B
Indianapolis, IN 46203

ALICIA MAE MCCLENDON
8901 Hunters Creek Drive
Unit 309
Indianapolis, IN 46227

Melissa A. Macchia
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
mmacchia@taftlaw.com

Michael C. Terrell
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
mterrell@taftlaw.com