**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| ALICIA MAE MCCLENDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-01792-TWP-MJD |
| | ) | |
| INDIANA UNIVERSITY SCHOOL OF MEDICINE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation recommending dismissal of this action for Plaintiff's failure to prosecute. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. On October 26, 2018, Plaintiff filed a Motion to Dismiss Lawsuit Against Rebecca Runkel and IU School of Medicine (Dkt. 23). The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

In addition, all pending motions are **DENIED as MOO**T.

Date: 10/29/2018

_Tanya Walton Pratt_____

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ALICIA MAE MCCLENDON
6139 Brockworth Dr.
Apt. B
Indianapolis, IN 46203

Melissa A. Macchia
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
mmacchia@taftlaw.com

Michael C. Terrell
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
mterrell@taftlaw.com